ARIEL STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com

*Attorneys for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SPEKULATION ORPHAN RELIEF TRUST, a Nevada trust,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; a Delaware limited liability company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00014-JAD-BNW<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS ON SHELLPOINT'S MOTION TO DISMISS AMENDED COMPLAINT, DISSOLVE PRELIMINARY INJUNCTION AND EXPUNGE LIS PENDENS**<br><br>ECF Nos. 14, 15, 17 |

Plaintiff Spekulation Orphan Relief Trust, and defendant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree to stay proceedings on Shellpoint's motion to dismiss amended complaint, to dissolve preliminary injunction, and to expunge lis pendens (ECF Nos. 6, 7 & 8) pending a decision on Spekulation's motion to remand under 28 U.S.C. 1447(c) (ECF No. 10). The parties request that the March 6, 2023 hearing on Shellpoint's motion to dismiss (ECF No. 9) be vacated and held in abeyance pending the court's ruling on Spekulation's motion to remand. (ECF No. 10). The parties further stipulate and agree that Spekulation will withdraw its motion to stay proceedings on Shellpoint's motions to dismiss, dissolve preliminary injunction, and expunge lis

{68590605;1}

pendens and motion for order shortening time pursuant to LR IA-6-1 (ECF Nos. 14 & 15) upon filing of the order granting this stipulation.

DATED this 7th day of February, 2023.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| /s/ Melanie D. Morgan<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | /s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Spekulation Orphan Relief Trust* |

## ORDER

Based on the parties' stipulation [ECF No. 17] and good cause appearing, IT IS ORDERED THAT the plaintiffs' motion to stay the case and motion to shorten time on that motion **[ECF Nos. 14, 15] are deemed withdrawn**, and **briefing on the motions to dismiss, to dissolve preliminary injunction, and to expunge lis pendens [ECF Nos. 6, 7, 8] is stayed** pending a ruling on the motion to remand [ECF No. 10]. The hearing on the motions to dismiss, to dissolve preliminary injunction, and to expunge lis pendens [ECF Nos. 6, 7, 8] is VACATED; instead, **the March 6, 2023, 3 p.m. hearing [ECF No. 9] will address only the motion to remand [ECF No. 10].**

_____
U.S. District Judge   2-7-23

{68590605;1}