ARIEL STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com

*Attorneys for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SPEKULATION ORPHAN RELIEF TRUST, a Nevada trust,<br><br>             Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; a Delaware limited liability company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>             Defendants. | Case No.: 2:23-cv-00014-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT, TO DISSOLVE PRELIMINARY INJUNCTION, AND TO EXPUNGE LIS PENDENS**<br><br>**(FIRST REQUEST)**<br><br>ECF Nos. 6, 7, 8, 23 |

Spekulation Orphan Relief Trust and NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate that Shellpoint shall have an additional seven (7) days, up to and including **March 23, 2023**, to file its reply in support of its motion to dismiss amended complaint, to dissolve preliminary injunction, and to expunge lis pendens, which is currently due on March 16, 2023, pursuant to ECF No. 22. Shellpoint filed the motion on January 19, 2023. ECF No. 8. Spekulation filed its response to the motion on February 2, 2023. ECF No. 13.

Good cause exists to grant the requested one-week extension. The deed of trust at issue secures a loan owned by the Federal National Mortgage Association (**Fannie Mae**).  Fannie Mae is under conservatorship with the Federal Finance Housing Agency. Accordingly, filings in this matter

{69193293;1}

are subject to multiple levels of review. This necessitates additional time, and is good cause for the court to grant the requested extension. This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 10th day of March, 2023.

| AKERMAN LLP | HONG & HONG LAW OFFICE |
|---|---|
| /s/ Melanie D. Morgan<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | /s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Spekulation Orphan Relief Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: 3/14/23

2

{69193293;1}