ARIEL STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SPEKULATION ORPHAN RELIEF TRUST, a Nevada trust,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; a Delaware limited liability company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00014-JAD-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING THE OUTCOME OF SHELLPOINT'S MOTION TO DISMISS [ECF NO. 6]**<br><br>**(FIRST REQUEST)** |

Plaintiff Spekulation Orphan Relief Trust and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through their undersigned counsel, jointly request a stay of discovery pending a ruling on Shellpoint's Motion to Dismiss the Amended Complaint, Dissolve Preliminary Injunction, and Expunge Lis Pendens (ECF Nos. 6, 7 & 8).  This is the first request to stay discovery, and the parties respectfully submit that good cause supports the request, as a stay would be in the interest of judicial economy and would not be prejudicial.

Shellpoint's Motion has been fully briefed since March 24, 2023 (ECF No. 8) and, if granted, is dispositive of all claims in this action.  Counsel held an FRCP 26(f) conference on April 18, 2023, and submitted a proposed Stipulated Discovery Plan and Scheduling Order on May 8, 2023.  (ECF

Nos. 30 & 31). The Court signed the Stipulated Discovery Plan and Scheduling Order on May 9, 2023. (ECR No. 32). Counsel have since conferred about a stay of discovery pending a ruling on Shellpoint's Motion to Dismiss. Counsel agree the threshold for a stay has been met and judicial economy would best be served with a stay of discovery pending the outcome of Shellpoint's Motion to Dismiss.

This stipulation is made in good faith and will not prejudice either party. The parties agree that the minimal burden of a stay, if any, is outweighed by the benefit of avoiding costly discovery that would be mooted by an order granting the Motion to Dismiss. If the Motion is denied, the parties stipulate and agree to file a proposed Amended Stipulated Discovery Plan and Scheduling Order within 14 days of the Court's order.

DATED this 1st day of June, 2023.

| AKERMAN LLP | HONG & HONG LAW OFFICE |
|---|---|
| /s/ Melanie D. Morgan | /s/ Joseph Y. Hong |
| ARIEL STERN, ESQ. | JOSEPH Y. HONG, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 5995 |
| MELANIE D. MORGAN, ESQ. | 1980 Festival Plaza Drive, Suite 650 |
| Nevada Bar No. 8215 | Las Vegas, NV 89135 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorney for Spekulation Orphan Relief Trust* |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:23-cv-00014-JAD-BNW

DATED: June 2, 2023

70723384;1