ARIEL STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SPEKULATION ORPHAN RELIEF TRUST, a Nevada trust,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; a Delaware limited liability company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00014-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**  ECF No. 41 |

Spekulation Orphan Relief Trust and NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate that Shellpoint shall have an additional fourteen (14) days, up to and including **July 25, 2023**, to file its motion for summary judgment pursuant to ECF No. 39, which is currently due on July 11, 2023.  The parties further agree to extend the discovery stay through July 25, 2023.  If Shellpoint files its summary judgment motion by this date, the stay will automatically be further extended as detailed in ECF No. 39.

Good cause exists to grant the requested two-week extension.  Shellpoint's position is the deed of trust at issue secures a loan owned by the Federal National Mortgage Association (**Fannie**

{71196855;1}

**Mae**). Fannie Mae is under conservatorship with the Federal Finance Housing Agency. Accordingly, filings in this matter are subject to multiple levels of review. This necessitates additional time, and is good cause for the court to grant the requested extension.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 28th day of June, 2023.

| AKERMAN LLP | HONG & HONG LAW OFFICE |
|---|---|
| /s/ Nicholas E. Belay<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | /s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Spekulation Orphan Relief Trust* |

### ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:23-cv-00014-JAD-BNW
DATED:  July 3, 2023

2