1  ARIEL STERN, ESQ.
   Nevada Bar No. 8276
2  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
3  NICHOLAS E. BELAY, ESQ.
   Nevada Bar No. 15175
4  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
5  Las Vegas, NV 89134
   Telephone:  (702) 634-5000
6  Facsimile:  (702) 380-8572
   Email:  ariel.stern@akerman.com
7  Email:  melanie.morgan@akerman.com
   Email:  nicholas.belay@akerman.com
8
9  *Attorneys for NewRez LLC d/b/a*
   *Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SPEKULATION ORPHAN RELIEF TRUST, a Nevada trust,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; a Delaware limited liability company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00014-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)**<br><br>ECF Nos. 46, 47 |

Spekulation Orphan Relief Trust and NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate that Shellpoint shall have an additional fourteen (14) days, up to and including **August 8, 2023**, to file its motion for summary judgment pursuant to ECF Nos. 39 and 43, which is currently due on July 25, 2023.  The parties further agree to extend the discovery stay through August 8, 2023.  If Shellpoint files its summary judgment motion by this date, the stay will automatically be further extended as detailed in ECF Nos. 39 and 43.

Good cause exists to grant the requested two-week extension.  Lead counsel for Shellpoint recently contracted COVID-19.  This unexpected illness, coupled with other time-sensitive deadlines

and scheduling constraints on Shellpoint's counsel, has impacted Shellpoint's ability to finalize the summary judgment motion and obtain the necessary internal approvals within the current deadline.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 25th day of July, 2023.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| /s/ Nicholas E. Belay<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | /s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for Spekulation Orphan Relief Trust* |

## ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:23-cv-00014-JAD-BNW

DATED: 7/31/23, nunc pro tunc to 7/25/23

2

71902621;1