1  ARIEL STERN, ESQ.
   Nevada Bar No. 8276
2  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
3  NICHOLAS E. BELAY, ESQ.
   Nevada Bar No. 15175
4  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
5  Las Vegas, NV 89134
   Telephone:  (702) 634-5000
6  Facsimile:  (702) 380-8572
   Email:  ariel.stern@akerman.com
7  Email:  melanie.morgan@akerman.com
   Email:  nicholas.belay@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPEKULATION ORPHAN RELIEF TRUST, a Nevada trust,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; a Delaware limited liability company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00014-JAD-BNW<br><br>**STIPULATION AND ORDER TO CONSOLIDATE AND EXTEND BRIEFING SCHEDULES ON SHELLPOINT'S MOTION FOR SUMMARY JUDGMENT, MOTION TO EXPUNGE LIS PENDENS, AND MOTION TO DISSOLVE PRELIMINARY INJUNCTION**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 52 |

On August 8, 2023, NewRez LLC d/b/a Shellpoint Mortgage Servicing filed its motion for summary judgment (ECF No. 49), motion to expunge lis pendens (ECF No. 50), and motion to dissolve preliminary injunction (ECF No. 51).  Spekulation Orphan Relief Trust's responses to the motion to expunge lis pendens and motion to dissolve preliminary injunction are currently due August 22, 2023.  Spekulation's response to the motion for summary judgment is currently due August 29, 2023.

/ / /

Shellpoint and Spekulation hereby stipulate to consolidate and extend the briefing schedules on these pending motions as follows: Spekulation shall have up to and including September 12, 2023 to file its responses to the above-referenced motions. Shellpoint shall have up to and including October 10, 2023 to file its replies.

The parties enter into this stipulation to allow for more efficient briefing on the pending motions, as each motion contains overlapping issues and arguments. The parties further enter into this stipulation to accommodate for current time and scheduling constraints on counsel.

This is the parties' first request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 22nd day of August, 2023.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| */s/ Nicholas E. Belay* <br> ARIEL STERN, ESQ. <br> Nevada Bar No. 8276 <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Joseph Y. Hong* <br> JOSEPH Y. HONG, ESQ. <br> Nevada Bar No. 5995 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, NV 89135 <br><br> *Attorney for Spekulation Orphan Relief Trust* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
August 25, 2023

2