AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Spekulation Orphan Relief Trust

          Plaintiff,

  v.

NewRez LLC

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00014-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that FINAL JUDGMENT is entered against Spekulation Orphan Relief Trust and in favor of Newrez LLC dba Shellpoint Mortgage Servicing on all claims; the preliminary injunction issued by the state court on 7/22/22 is dissolved, and the lis pendens recorded on 5/5/22 is expunged.**

10/11/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Cacciabaudo  
Deputy Clerk